UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAIBE SIVADEL,

                              Plaintiff,         NOTICE OF APPEARANCE

          -against-                        08 CV 167 (VM)

THE CITY OF NEW YORK, POLICE OFFICERS JOHN
DOE and JANE DOE (names and numbers of whom are
unknown at present), and other unidentified members of
the New York City Police Department,

                              Defendants.

------------------------------------------------------------------------ x

        PLEASE TAKE NOTICE that Barry Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendant CITY OF NEW YORK.

Dated:        New York, New York
                January 25, 2008

                                                       Respectfully submitted,

                                                        MICHAEL A. CARDOZO
                                                        Corporation Counsel of the
                                                          City of New York
                                                       *Attorney for Defendant*
                                                        CITY OF NEW YORK
                                                       100 Church Street, Room 3-162
                                                     New York, New York 10007
                                                     (212) 788-9391 (phone)
                                                     (212) 788-9776 (fax)
                                                     bmyrvold@law.nyc.gov

                                                     By: _____
                                                           Barry K. Myrvold

TO:      Earl S. Ward          By ECF
          Norman Siegel
          *Attorneys for Plaintiff*