UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JAIBE SIVADEL,

                        Plaintiff,

       v.

CITY OF NEW YORK, POLICE OFFICERS JOHN DOE and JANE DOE,

                        Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

08-cv-00167 (VM)

------------------------------------------------------------x

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearances of A. Hyun Rich and the law firm of Linklaters LLP as counsel of record for Defendant City of New York in the above-captioned action.

Dated:    New York, New York
            June 19, 2008

                                             Respectfully submitted,

                                             Linklaters LLP

                                             By:    /s/ A. Hyun Rich
                                             A. Hyun Rich (AR 7900)
                                             1345 Avenue of the Americas
                                             New York, NY 10105
                                             (212) 903-9000
                                             (212) 903-9100 (fax)

                                             Attorneys for City of New York

//

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2008, I cause a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court on the ECF system, where the document is available for reviewing and downloading.

/s/ A. Hyun Rich

A. Hyun Rich